McGREGOR W. SCOTT
United States Attorney
Eastern District of California

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General
Civil Division
MARK C. WALTERS
Assistant Director
THERESA M. HEALY
Attorney - California Bar No. 171566
Office of Immigration Litigation
Civil Division
    c/o:  Department of Homeland Security
    ICE, Office of the Chief Counsel
    300 North Los Angeles Street, Room 8108
    Los Angeles, California 90012
    Telephone:  (213) 894-8628
    Facsimile:   (213) 894-2648
    E-Mail: Theresa.Healy@dhs.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.  1:07-cv-01586-AWI-SMS |
| Plaintiff, | **STIPULATION TO CONTINUE SCHEDULING CONFERENCE AND ORDER** |
| v. | |
| ATILANO CHAVEZ DEL RIO, | |
| Defendant. | |

    Plaintiff, by and through its attorneys of record, and Defendant, by and through his attorney of record, hereby stipulate, subject to the approval of the Court, to a thirty-day extension of time, of the scheduling conference.

    On October 31, 2007, Plaintiff filed this action, seeking the revocation of the Defendant's United States citizenship, pursuant to section 340(a) of the Immigration and Nationality Act, as amended, 8 U.S.C. § 1451(b),  and the Court issued the summons on that same date.  However,

1  the summons, as issued originally, was incorrect as it provided Defendant only twenty-days to
2  file an answer to the Complaint.  Title 8 U.S.C. § 1451(b) provides that the defendant in a civil
3  denaturalization case has sixty-days to file an answer to the complaint.  The Court re-issued the
4  summons on December 3, 2007.  See Summons, Exhibit A.  Plaintiff personally served
5  Defendant with the summons and complaint on December 11, 2007.  See Proof of Service,
6  Exhibit B.  The sixty-day period of time which Plaintiff has to answer the complaint will not
7  expire until February 11, 2008.  See 8 U.S.C. § 1451(b).  See also Rule 6 of the Federal Rules of
8  Civil Procedure.  The parties respectfully submit that a scheduling conference will not be
9  productive until Defendant has filed an answer to the complaint and the Plaintiff has made the
10 disclosures required pursuant to the Court's order.
11 //
12 //
13 //
14 //
15 //
16 //
17 //
18 //
19 //
20 //
21 //
22 //
23 //
24 //
25 //
26 //
27 //
28

1  Based on the foregoing, the parties respectfully request that the Court continue the date of
2  the January 30, 2008 scheduling conference until on or after February 28, 2008.

DATED:      January 11, 2008

                                            Respectfully Submitted,

                                            JEFFREY S. BUCHOLTZ
                                            Acting Assistant Attorney General
                                            Civil Division
                                            MARK C. WALTERS
                                            Assistant Director

                                            /s/: Theresa M. Healy

                                            THERESA M. HEALY
                                            Attorney
                                            Office of Immigration Litigation
                                            United States Department of Justice
                                            Civil Division

                                            Attorneys for Plaintiff

DATED:      January 11, 2008
                                            /s/: Andrew J. Fishkin

                                            ANDREW J. FISHKIN

                                            Attorney for Defendant

## ORDER

Pursuant to stipulation, IT IS HEREBY ORDERED that the January 30, 2008 scheduling conference be continued to   March 11, 2008  , at  9:15 a.m. before Judge Snyder.

IT IS SO ORDERED.

**Dated:   January 15, 2008**                     /s/ Sandra M. Snyder
                                               UNITED STATES MAGISTRATE JUDGE