MCGREGOR W. SCOTT
United States Attorney
GREGORY D. KATSAS
Acting Assistant Attorney General
Civil Division
DAVID J. KLINE
Director, District Court Section
JOSHUA E. BRAUNSTEIN
Assistant Director
THERESA HEALY, CSBN 171566
Attorney
Office of Immigration Litigation
Civil Division
United States Department of Justice
c/o DHS, ICE, Office of the Chief Counsel
    300 North Los Angeles Street, Room 8108
    Los Angeles, CA 90012
    Telephone: (213) 894-8628
    FAX: (213) 894-2648
    E-mail address: Theresa.Healy@dhs.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 1:07-cv-01586-SMS |
| | ) | |
|     Plaintiff, | ) | **CONSENT JUDGMENT;** |
| | ) | **AND  ORDER** |
|    v. | ) | |
| | ) | |
| ATILANO CHAVEZ DEL RIO, | ) | |
| | ) | |
|     Defendant. | ) | |
| | ) | |

    On November 25, 1995, Atilano Chavez Del Rio ("Defendant") became a naturalized citizen

of the United States and received Certificate of Naturalization No. 22025572.  Defendant is

subject to denaturalization pursuant to 8 U.S.C. § 1451(a) because he procured his naturalization

illegally and by material misrepresentations and omissions.  See Counts I through IV of the

Complaint.

    Defendant has read the Complaint and its supporting Affidavit of Good Cause and concedes

that he procured his naturalization illegally and by material misrepresentations and omissions as

alleged in Counts I through IV of the Complaint.  Plaintiff and Defendant have entered into a Settlement Agreement regarding this matter, which is attached as Exhibit A.  Pursuant to the Settlement Agreement, Defendant consents to the entry of a Consent Judgment revoking his United States citizenship.


DATED: June 23, 2008                    Respectfully submitted,


                                        GREGORY D. KATSAS
                                        Acting Assistant Attorney General

                                        JOSHUA E. BRAUNSTEIN
                                        Assistant Director


                                         /s/ Theresa M. Healy
                                        THERESA M. HEALY
                                        Attorney
                                        Attorneys for Plaintiff

DATED: 7/1/2008                         Respectfully submitted,


                                         /s/ Atilano Chavez Del Rio
                                        ATILANO CHAVEZ DEL RIO
                                        Defendant-Acting in Pro Per

ORDER

THEREFORE, pursuant to the Settlement Agreement and 8 U.S.C. §1451(a) , IT IS HEREBY ORDERED:

1.    On the grounds charged in Counts I through IV of the Complaint, the November 27, 1995 naturalization of Atilano Chavez Del Rio ("Defendant") ordered by the Attorney General of the United States admitting Defendant to United States citizenship is REVOKED and SET ASIDE and Certificate of Naturalization No. 22025572, issued by the Attorney General of the United States, is hereby CANCELLED.

2.    From the date of this order, Defendant is forever RESTRAINED and ENJOINED from claiming any rights, privileges, or advantages under any document that purports to evidence United States citizenship obtained as a result of his improper naturalization on November 27, 1995.

3.    Defendant shall SURRENDER and DELIVER Certificate of Naturalization No. 22025572, and any copies thereof in his possession, as well as make good faith efforts to recover and then surrender any copies thereof that he knows are in the possession of others, to the Department of Homeland Security, or its representative, within fourteen (14) days of the entry of this order. Defendant shall SURRENDER and DELIVER any other indicia of United States citizenship, including any United States passport, to the Department of Homeland Security, or its representative, within fourteen (14) days of the entry of this order.

4.    Plaintiff and Defendant shall bear their own costs and attorney fees in this matter.


IT IS SO ORDERED.

**Dated:   August 5, 2008**              _____/s/ **Sandra M. Snyder**_____
                                         UNITED STATES MAGISTRATE JUDGE